UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Stevenson,                                    File No. 25-cv-1308 (ECT/EMB)

    Petitioner,

v.                                                    **ORDER ACCEPTING REPORT
AND RECOMMENDATION**

B. Eischen, *Warden*,

    Respondent.

Magistrate Judge Elsa M. Bullard issued a Report and Recommendation on February 25, 2026. ECF No. 20. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 20] is **ACCEPTED**;

2.    Petitioner Michael Stevenson's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

3.    The action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 24, 2026                                 s/ Eric C. Tostrud
                                                  Eric C. Tostrud
                                                  United States District Court